■ DAVID BRICKMAN, as Executor of SHIRLEY GOLOMBECK, Deceased, Plaintiff, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents, and NDERUSH DOCI, Appellant. [33 NYS3d 896]—

Order, Supreme Court, New York County (Michael D. Stallman, J.), entered January 20, 2016, which denied the motion of defendant Nderush Doci for summary judgment dismissing the complaint as against him, unanimously affirmed, without costs.

Summary judgment was properly denied in this action where plaintiff's decedent fell and was injured when the bus on which she was a passenger was caused to suddenly stop when a vehicle allegedly operated by Doci cut off the bus. Doci's own testimony raises triable issues of fact as to whether he was the driver of the offending vehicle, as his testimony placed him in the area of the incident, at or near the time of its occurrence, and was substantially consistent with the account provided by defendant bus driver. Furthermore, since it was not the only evidence submitted in opposition to Doci's motion, Supreme Court properly considered the unauthenticated accident report purportedly prepared by the bus driver, which showed that the offending vehicle had Doci's license number, or one remarkably close to his (*see O'Halloran v City of New York*, 78 AD3d 536 [1st Dept 2010]). Concur—Mazzarelli, J.P., Friedman, Andrias, Webber and Gesmer, JJ.